381 BASSETT (Admr.) vs. PROBATE JUDGE (Wayne), No. 11937, 87 M., 167.

To compel the entry, nunc pro tunc, of an order of the Probate Court directing an election by the guardian of an incompetent widow to take under the statute and not under the will of her husband.

Denied July 28, 1891, without costs, on the ground that the election filed by the guardian at the proper time was filed with the knowledge and consent of the Probate Court and had the same legal effect as if the record thereof had been made at the time that said election was filed.

382 MILLER vs. CIRCUIT JUDGE (Wayne), 39 M., 375.

To vacate order for costs imposed as terms upon opening a default.

Denied October 15, 1879.

Held, that such conditions are discretionary.